BECKHAM, Respondent, v. HAGUE, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by R. E. Beckham, as receiver, against James D. Hague. J. L. Cadwalader, for appellant. C. H. Blair, for respondent. No

opinion. Judgment affirmed, with costs, on the authority of Studebaker v. Perry, 184 U. S. 258, 22 Sup. Ct. 463, 46 L. Ed. 528. See 78 N. Y. Supp. 79.